United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 12, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30454

JACK R. GAMBLE, JR.,

Plaintiff-Appellant-Cross Appellee,

versus

EL PASO PRODUCTION COMPANY,

Defendant-Appellee-Cross Appellant.

JERRY G. GAMBLE; ET AL.,

Plaintiffs,

JERRY G. GAMBLE

Plaintiff-Appellant-Cross-Appellee,

versus

EL PASO PRODUCTION CO.,

Defendant-Appellee-Cross-Appellant.

Appeals from the United States District Court
for the Western District of Louisiana
No. 00-2661 c/w 01-0538

Before JOLLY, JONES and BARKSDALE, Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except

The court has carefully considered this appeal in light of the briefs, oral arguments and pertinent parts of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

**AFFIRMED.**

under the limited circumstances set forth in 5TH CIR. R. 47.5.4.